IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION


| | | |
|---|---|---|
| ROBERT G. FOSTER | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 2:07cv308 |
| | | |
| COMMISSIONER,<br>SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate

Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate

Judge's Report, containing proposed findings of fact and recommendations for disposition. No

objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts

them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED**.

SIGNED this 24th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE